



United States District Court
Eastern District of California

JUN 0 4 2025

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ FMN
                    DEPUTY CLERK

PBK Architects, Inc.

Plaintiff(s)

V.

The Hanover Insurance Group, Inc, et al.

Defendant(s)

Case Number: 1:25-cv-00647-EPG

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Leah N. Kippola-Friske hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Plaintiff PBK Architects, Inc.

On 06/10/2015 (date), I was admitted to practice and presently in good standing in the United States District Court of Minnesota (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have  [✔] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 06/02/2025                Signature of Applicant: /s/ Leah N. Kippola-Friske

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Leah N. Kippola-Friske |
| Law Firm Name: | Maslon LLP |
| Address: | 225 South Sixth Street |
| | Suite 2900 |
| City: | Minneapolis      State: MN    Zip: 55402 |
| Phone Number w/Area Code: | (612) 672-8200 |
| City and State of Residence: | Carver, Minnesota |
| Primary E-mail Address: | leah.kippola-friske@maslon.com |
| Secondary E-mail Address: | mai-nhia.yang@maslon.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Melissa Muro LaMere |
| Law Firm Name: | Maslon LLP |
| Address: | 5665 W. Wilshire Blvd., #1130 |
| City: | Los Angeles      State: CA    Zip: 90036 |
| Phone Number w/Area Code: | (612) 672-8200      Bar # 355001 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 6/4/25

_[signature]_
JUDGE, U.S. DISTRICT COURT

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

## CERTIFICATE OF GOOD STANDING

I, _____ Kate M. Fogarty _____, Clerk of this Court,

certify that _____ Leah Natalie Kippola-Friske _____, Bar # _____ 395467 _____,

was duly admitted to practice in this Court on _____ 06/10/2015 _____, and is in good standing as a member

of the Bar of this Court.

Dated at _____ St. Paul, MN _____ on _____ 06/02/2025 _____
             *(Location)*                                              *(Date)*

| Kate M. Fogarty | MandiJo Schwartz |
|---|---|
| *CLERK* | *DEPUTY CLERK* |