



**United States District Court**
**Eastern District of California**

JUN 0 4 2025

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ FMN
DEPUTY CLERK

| PBK Architects, Inc. |
Plaintiff(s)

V.

| The Hanover Insurance Group, Inc, et al. |
Defendant(s)

Case Number: 1:25-cv-00647-EPG

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Haley-Rose Severson hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Plaintiff PBK Architects, Inc.

On 01/27/2022 (date), I was admitted to practice and presently in good standing in the United States District Court of Minnesota (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ✔ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 06/03/2025     Signature of Applicant: /s/ Haley-Rose Severson

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Haley-Rose Severson |
| Law Firm Name: | Maslon LLP |
| Address: | 225 South Sixth Street |
| | Suite 2900 |
| City: | Minneapolis     State: MN     Zip: 55402 |
| Phone Number w/Area Code: | (612) 672-8200 |
| City and State of Residence: | Minneapolis, Minnesota |
| Primary E-mail Address: | haley-rose.severson@maslon.com |
| Secondary E-mail Address: | nicole.means@maslon.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Melissa Muro LaMere |
| Law Firm Name: | Maslon LLP |
| Address: | 5665 W. Wilshire Blvd., #1130 |
| City: | Los Angeles     State: CA     Zip: 90036 |
| Phone Number w/Area Code: | (612) 672-8200     Bar # 355001 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 6/4/25

_____
JUDGE, U.S. DISTRICT COURT

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

## CERTIFICATE OF GOOD STANDING

I, __Kate M. Fogarty__, Clerk of this Court,

certify that __Haley-Rose Cassidy Severson__ ; Bar # __402824__,

was duly admitted to practice in this Court on __01/27/2022__, and is in good standing as a member

of the Bar of this Court.

Dated at __St. Paul, MN__ on __06/02/2025__
           *(Location)*                           *(Date)*

Kate M. Fogarty            MandiJo Schwartz
*CLERK*            *DEPUTY CLERK*