UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PBK ARCHITECTS, INC.,<br><br>                    Plaintiff,<br><br>          v.<br><br>THE HANOVER INSURANCE GROUP,<br>INC., et al.,<br><br>                    Defendants. | Case No.   1:25-cv-00647-JLT-EPG<br><br>ORDER GRANTING STIPULATION FOR<br>DISMISSAL OF ENTIRE ACTION WITH<br>PREJUDICE<br><br>(ECF No. 46) |

On June 24, 2026, Plaintiff PBK Architects filed a stipulation for dismissal of the entire action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. (ECF No. 46). The stipulation provides as follows

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff PBK Architects, Inc., defendant and counterclaimant The Hanover Insurance Company, defendant The Hanover Insurance Group, Inc. and defendant RSC Insurance Brokerage, Inc. (collectively "Parties") through their designated counsel, that the entire above-captioned action shall be, and hereby is, dismissed with prejudice as to all claims and parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its own legal fees and costs except as provided in the Settlement Agreement and Release executed by the Parties.

(*Id.*).

In light of the filing, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice, with each party to bear its own costs and fees.


**IT IS SO ORDERED.**


**DATED:   June 25, 2026**          /s/ *Erica P. Grosjean*

                              **UNITED STATES MAGISTRATE JUDGE**

1